UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANTHONY LAMONT MOORE,

    Plaintiff,

v.                                                                      Case No. 2:16-CV-10

UNKNOWN OLSON, et al.,                           HON. GORDON J. QUIST

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Timothy Greeley's October 24, 2016 Report and Recommendation recommending that the Court deny Defendants' motion for summary judgment based on Plaintiff's failure to exhaust his administrative remedies. The Report and Recommendation was duly served on the parties on October 24, 2016. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 24, 2016 (ECF No. 36), is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 18) is **DENIED**.

Dated: November 16, 2016                            /s/ Gordon J. Quist
                                                                     GORDON J. QUIST
                                                                UNITED STATES DISTRICT JUDGE